**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Jorge Mario Santos-Lizarraga

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 08MJ1007-02 |
| )                                   | |
| Plaintiff,                        ) | |
| )                                   | |
| v.                                ) | **CERTIFICATE OF SERVICE** |
| )                                   | |
| JORGE MARIO SANTOS-LIZARRAGA,     ) | |
| )                                   | |
| Defendant.                        ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Alan E. Ferguson
aefergie@bigfoot.com;

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Jeremy D. Warren
jw@jwarrenlaw.com

Respectfully submitted,

DATED:    April 7, 2008            /s/ Erica K. Zunkel
                                   **ERICA K. ZUNKEL**
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Jorge Mario Santos-Lizarraga