UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Josue Pardo-Brambilia, et al.<br><br>Defendant(s) | CRIMINAL NO. 08mj1007<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08036298 |

On order of the United States District/Magistrate Judge  **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Rolando Mosqueda-Enriquez

DATED: 4-17-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by /s/ Hernandez
Deputy Clerk

RECEIVED _____
DUSM

2008 APR 17  1:18

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082