UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Josue Pardo-Brambilla, et al.<br><br>Defendant(s) | CRIMINAL NO. 08CR1174-H<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08036298 |

On order of the United States District/Magistrate Judge **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Samuel Mosqueda-Enriquez

DATED: 4-17-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
   Deputy Clerk