```
 1  JEREMY D. WARREN
    California Bar No. 177900
 2  105 West F Street, Fourth Floor
    San Diego, California  92101
 3  Tel: (619) 234-4433
    Fax: (619) 233-3221
 4  Email: jw@jwarrenlaw.com
 5
    Attorney for Defendant Pardo
 6
```

|  |  |
|---|---|
| 7 | UNITED STATES DISTRICT COURT |
| 8 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA,        ) | Case No. 08cr1174-H |
| 10 | Plaintiff,        ) | **JOINT MOTION TO CONTINUE THE SENTENCING HEARING** |
| 11 | v.        ) | |
| 12 | JOSUE PARDO-BRAMBILIA,        )<br>JORGE MARIO SANTOS-LIZARRAGA,        ) | |
| 13 | Defendant.        ) | |
| 14 | | |

15    THE PARTIES JOINTLY MOVE THE COURT, by and through the parties, Michelle Pettit,

16 counsel for the United States; Jeremy Warren, counsel for defendant Pardo; and Jorge Santos-

17 Lizarraga, for an order vacating the sentencing hearing now scheduled for August 4, 2008, and

18 continuing it to September 22, 2008 at 9:00 a.m. The defendants are in custody and consents to the

19 continuance. Further, the parties agree the Court is considering the plea agreement; thus, time is

20 excludable under the Speedy Trial Act.

21    So moved.

22

23 Dated: July 3, 2008                   /s Michelle Pettit
                                         Michelle Pettit
24                                       Assistant United States Attorney

25 Dated: June 30, 2008                  /s Jeremy Warren
                                         Jeremy Warren
26                                       Attorney for Defendant Pardo

27 Dated: June 30, 2008                  /s Erica Zunkel,
                                         Erica Zunkel, Federal Defenders
28                                       Attorney for Defendant Santos-Lizarraga

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I declare that: |
| 3 | I am a citizen of the United States and employed in the city of San Diego, CA. I am |
| 4 | over eighteen years of age. My business address is 105 West F Street, Fourth Floor San Diego, CA |
| 5 | 92101. |
| 6 | On July 3, 2008, I personally served the following documents: |
| 7 | **Joint Motion to Continue the Sentencing Hearing** |
| 8 | on the below attorneys by electronic filing: |
| 9 | Assistant United States Attorneys Michelle Pettite |
| 10 | Erica Zunkel, Federal Defenders |
| 11 | I declare under penalty of perjury that the foregoing is true and correct, and that this |
| 12 | declaration was executed on July 3, 2008 at San Diego, CA. |

/s Jeremy Warren

_____
Jeremy D. Warren